FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:19-mj-00581 |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. ) | U.S.C. § 3143(a)] |
| ) | |
| CHERIE DENISE COY, ) | |
| ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

B. *nature of current allegations and prior alleged violations; criminal history including conviction involving false ID; absconder status; history of drug use; no information provided regarding*

1     *current residence or possible bail resources*

2     and

3     C. ( X ) The defendant has not met her burden of establishing by clear and convincing

4     evidence that she is not likely to pose a danger to the safety of any other person or

5     the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

6     D. *nature of current allegations and prior alleged violations; criminal history; history of drug use;*

7     *no information provided regarding current residence or possible bail resources*

10     IT THEREFORE IS ORDERED that the defendant be detained pending further

11 revocation proceedings.

13 Dated: *July 25, 2019*

JOHN D. EARLY
United States Magistrate Judge